[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
RULING RE: DEFENDANTS' OBJECTIONS TO PLAINTIFF'S INTERROGATORIES ANDREQUESTS FOR PRODUCTION
Interrogatories:
 #14: Overruled, but limited to one year preceding 1/13/94.
 #15a, b, d, f: Overruled.
c and e: Sustained.
 #16: Overruled, but limited to one year preceding 1/13/94.
 #24a, c and f: Overruled.
b, d and e: Sustained.
 #25a, b, c and e: Overruled.
d: Sustained.
CT Page 7066
Requests for Production:
#1: Sustained.
 #5: Overruled, but limited to one year preceding 1/13/94.
 #6: Overruled, but limited to one year preceding 1/13/94.
#8: Overruled.
Mulcahy, J.